Albert A. Zakarian, Esquire
16765 FisHawk Blvd.
# 360
Lithia, FL 33547
813-571-2546
(Fax) 866-259-1933
zakarian@tampabay.rr.com
Attorney for Robert Ward

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| DISH NETWORK LLC, a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES LLC, a Texas Limited Liability Company, and NAGRASTAR LLC, a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT WARD,<br><br>Defendant | Case No.: No. 8:08-cv-00590-JSM-TBM<br><br><br><br>**WARD'S ANSWER TO AMENDED COMPLAINT (Doc. 19)**<br><br>**REQUEST FOR JURY TRIAL** |

Defendant ROBERT WARD ("WARD"), through the undersigned and pursuant to Fed. R. Civ. Proc. ("FRCP") 8, submits his Answer to the Amended Complaint (Doc. 19) ("Amended Complaint") of Plaintiffs, DISH NETWORK, LLC, ECHOSTAR TECHNOLOGIES, LLC and NAGRASTAR LLC (collectively "DISH") and responds in like-numbered paragraphs as follows:

1. Denied.

2. Without knowledge and therefore denied.

3. Without knowledge and therefore denied.

4. Without knowledge and therefore denied.

5. Without knowledge and therefore denied.

6. Without knowledge and therefore denied.

7. Denied.

8. Without knowledge and therefore denied.

9. Without knowledge and therefore denied.

10. Without knowledge and therefore denied.

11. Admitted.

12. Denied.

13. Denied.

14. Without knowledge and therefore denied.

15. Without knowledge and therefore denied.

16. Without knowledge and therefore denied.

17. Without knowledge and therefore denied.

18. Without knowledge and therefore denied.

19. Without knowledge and therefore denied.

20. Without knowledge and therefore denied.

21. Without knowledge and therefore denied.

22. Without knowledge and therefore denied.

23. Without knowledge and therefore denied.

24. Without knowledge and therefore denied.

25. The first sentence is Denied. The second sentence is Denied. The third sentence is Admitted. The fourth sentence is Denied.

26. Admitted.

27. The first sentence is Admitted. Without knowledge and therefore Denied as to the remainder of the allegation.

28. Without knowledge and therefore Denied.

29. Without knowledge and therefore Denied.

30. Without knowledge and therefore Denied.

31. Without knowledge and therefore denied.

32. Without knowledge and therefore denied.

33. Without knowledge and therefore denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

## COUNT I: DMCA (17 U.S.C., §§ 1201(a)(23) and (b)(1))

38. WARD repeats and realleges his responses to paragraphs 1-37 as if more fully set forth herein.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

## COUNT II: (47 U.S.C. § 605(a))

45. WARD repeats and realleges his responses to paragraphs 1-37 as if more fully set forth herein.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

## COUNT III: (47 U.S.C. § 605(e)(4))

51. WARD repeats and realleges his responses to paragraphs 1-37 as if more fully set forth herein.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

## COUNT IV: ECPA (18 U.S.C. § 2520(a))

56. WARD repeats and realleges his responses to paragraphs 1-37 as if more fully set forth herein.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

## COUNT V: UNJUST ENRICHMENT

61. WARD repeats and realleges his responses to paragraphs 1-37 as if more fully set forth herein.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

## AFFIRMATIVE DEFENSE I: STATUTE OF LIMITATIONS

DISH failed to bring each of its statutory causes of action (Counts I-IV) in a timely fashion and therefore each should be dismissed.

## PRAYER FOR RELIEF

WHEREFORE, WARD requests this Court deny DISH relief on all counts, dismiss this matter in its entirety and award attorneys' fees and costs to WARD as is allowed by law.

Dated:  October 6, 2008.

       /s/ Albert A. Zakarian
        Albert A. Zakarian, Esquire
        16765 FishHawk Blvd.
        # 360
        Lithia, FL 33547
        813-571-2546
        (Fax) 866-259-1933
        zakarian@tampabay.rr.com
        Attorney for Ward

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:  Timothy M. Frank, Esquire**,** Laura Ward and Fredrick H.L. McClure.  I further certify that I sent by mail the foregoing document and the notice of electronic filing to the following non-CM/ECF participant:  N/A.

       /s/ Albert A. Zakarian
       Albert A. Zakarian, Esquire